October 10, 2013



# JUDGMENT

## The Fourteenth Court of Appeals

MICHAEL E. FITZMAURICE, Appellant

NO. 14-12-00963-CV                              V.

HARVELLA JONES, Appellee
_____

This cause, an appeal from the judgment in favor of appellee, HARVELLA JONES, signed October 10, 2012, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

We order appellee, HARVELLA JONES, to pay all costs incurred in this appeal. We further order this decision certified below for observance.